**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MERCEDES ROSARIO,

                Plaintiff,                21 **CIVIL** 3193 (JCM)

      -v-                          **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 21, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         March 22, 2022

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**
                **BY:**
                                              *K. Mango*
                                              **Deputy Clerk**